IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SURETEC INSURANCE COMPANY,

    Plaintiff,

v.

A-1 SEPTIC CONSTRUCTION, INC.;
ROBERT D. PIDDOCK; and CAROLE J.
PIDDOCK,

    Defendants.
                                 /

No. C 09-06095 JSW

**ORDER TO SHOW CAUSE RE MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT A-1 SEPTIC CONSTRUCTION, INC.**

        The Court has received the motion filed by the Law Offices of James C. Schwartz to withdraw from representation of Defendants A-1 Septic Construction, Inc., Robert D. Piddock and Carole J. Piddock. The motion is scheduled to be heard on Friday, July 2, 2010 at 9:00 a.m. Accordingly, a response to the motion, if any, was due to be filed June 11, 2010. There has been no response filed. A corporation cannot proceed *pro se* and there is no indication from the current motion to withdraw as counsel for the corporation, A-1 Septic Construction, Inc., that the company has any plans to replace counsel. Therefore, the Court HEREBY ORDERS DEFENDANTS TO SHOW CAUSE as to whether the individual defendants intend to proceed *pro se*, whether the corporate defendant intends to find alternate counsel and, if not, why default should not be entered against A-1 Septic Construction, Inc.

        Defendants are ORDERED to file a written response by no later than June 29, 2010. Current counsel for Defendants must serve this Order on Defendants, and proof of such service

1  filed before the Court by no later than June 23, 2010.

2  **IT IS SO ORDERED.**

4  Dated: June 22, 2010

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE