1  James G. Schwartz, Esq. (SBN 069371)
   Stephen L. Moses, Esq. (SBN 196030)
2  Joshua D. Brysk, Esq. (SBN 184200)
   LAW OFFICES OF JAMES G. SCHWARTZ, P.C.
3  7901 Stoneridge Drive, Suite 401
   Pleasanton, CA 94588
4  Phone: (925) 463-1073
   Facsimile: (925) 463-2937
5

6
   Attorneys for Defendant A-1 Septic Construction, Inc., Robert D. Piddock and Carole J. Piddock
7

8                     UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11 | SURETEC INSURANCE COMPANY, a Texas corporation, | CASE NO. C09-6095 JSW |
   | Plaintiff, | **REQUEST FOR TELEPHONIC APPEARANCE - ORDER ~~TO SHOW CAUSE~~ RE MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT A-1 SEPTIC CONSTRUCTION, INC.** |
   | v. | |
   | A-1 SEPTIC CONSTRUCTION, INC., a California corporation; ROBERT D. PIDDOCK, a California resident; and CAROLE J. PIDDOCK, a California resident, | Date:   July 2, 2010<br>Time:   9:00 a.m.<br>Room:  2<br>Judge:  Hon. Jeffrey S. White |
   | Defendants. | **Complaint filed on 12/31/2009** |

19     The undersigned party hereby requests to appear telephonically in the above-entitled action

20 at the Order to Show Hearing scheduled on July 2, 2010, at 9:00 a.m. Defendant's counsel

21 understands that the Court will telephone ~~plaintiff's~~ defendants' counsel directly at the above date, time and
   telephone number. provided such number is a direct landline. If it is not, counsel shall call this
22 Court's courtroom deputy, Jennifer Ottolini, with a direct landline number by no
   later than 4:00 p.m. on July 1, 2010.
23 Dated:  July 1, 2010                    LAW OFFICES OF JAMES G. SCHWARTZ
                                           A Professional Corporation
24

25     IT IS SO ORDERED
       /s/ Jeffrey S. White
26     Judge Jeffrey S. White           /s/James G. Schwartz
                                        James G. Schwartz
27              Dated:  July 1, 2010    Attorneys for Defendants A-1 SEPTIC
                                        CONSTRUCTION, INC.
28
   Request for TeleApp 070110    1875.0002

   REQUEST FOR TELEPHONIC APPEARANCE                                              1.