James G. Schwartz, Esq. (SBN 069371)
LAW OFFICE OF JAMES G. SCHWARTZ, P.C.
7901 Stoneridge Drive, Suite 401
Pleasanton, CA 94588
Phone: (925) 463-1073
Facsimile: (925) 463-2937

Attorneys for Defendant A-1 Septic Construction, Inc.,
Robert D. Piddock and Carole J. Piddock

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SURETEC INSURANCE COMPANY, a Texas corporation,<br><br>Plaintiff,<br><br>v.<br><br>A-1 SEPTIC CONSTRUCTION, INC., a California corporation; ROBERT D. PIDDOCK, a California resident; and CAROLE J. PIDDOCK, a California resident,<br><br>Defendants. | CASE NO. C09-6095 JSW<br><br>[PROPOSED] ORDER GRANTING NOTICE OF MOTION AND MOTION TO BE RELIEVED AS COUNSEL OF RECORD<br><br>Date: July 2, 2010<br>Time: 9:00 A.M.<br>Room: 11, 19th Floor<br>Judge: Hon. Jeffrey S. White<br><br>Complaint filed on 12/31/2009 |

The motion of the Law Offices Of James Schwartz, P.C. and attorneys James Schwartz and Stephen L. Moses for an order permitting the attorneys to be relieved as attorneys of record in this action for A1 Septic Construction, Inc. (a corporation), Robert D. Piddock (an individual), and Carole J. Piddock (an individual), came on regularly for hearing at the date time and place indicated above.

[PROPOSED] ORDER GRANTING MOTION TO BE RELIEVED AS COUNSEL OF RECORD     1.

# FINDINGS

Attorney has served the client with papers in support of the motion by mail and submitted a declaration establishing that service requirements of California Northern District Court Local Rule (Civil) 11-5 and other rules have been satisfied.

Attorney has shown sufficient reasons why the motion to be relieved as counsel should be granted and why the attorney has brought a motion.

# ORDER

Attorneys are relieved as counsel of record for client effective upon filing of the proof of service of this signed order upon the client at their last known address.

# NOTICE TO CLIENT

If this motion to be relieved as counsel is granted, your present attorney will no longer be representing you. You may not in most cases represent yourself if you are a corporation—please see applicable rules and/or consult with an attorney.

# NOTICE TO CLIENT WHO WILL BE UNREPRESENTED

If this motion to be relieved as counsel is granted, you will not have an attorney representing you. You may wish to seek legal assistance. If you do not have a new attorney to represent you in this action or proceeding, and you are legally permitted to do so, you will be representing yourself. It will be your responsibility to comply with all court rules and applicable laws. If you fail to do so, or fail to appear at hearings, action may be taken against you. You may lose your case. You will be solely responsible for your case.

///

///

///

# NOTICE TO CLIENT WHO WILL BE UNREPRESENTED

You must also keep the court informed of your current address and telephone number at all times so they may contact you.

DATED: July 2, 2010

_____
The Hon. Jeffrey S. White
Judge of the U.S. District Court

In addition, the Court GRANTS Defendants' request to stay this action for 30 days, until August 2, 2010.

F:\a1Septice\Suretec\Pldg\Motion be relieved --Proposed Order 051310      1875.0002

---

[PROPOSED] ORDER GRANTING MOTION TO BE RELIEVED AS COUNSEL OF RECORD                3.