IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SURETEC INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>A-1 SEPTIC CONSTRUCTION, INC.;<br>ROBERT D. PIDDOCK; and CAROLE J. PIDDOCK,<br><br>    Defendants.<br>_____/ | No. C 09-06095 JSW<br><br>**ORDER REQUIRING PROPER FILING AND VACATING CASE MANAGEMENT CONFERENCE** |

The Court has received a notice from Plaintiff that Defendants have not yet filed a bankruptcy petition as they had represented they would. Further, Defendants, proceeding now *pro se*, have failed to participate in the preparation of a case management statement. Accordingly, Plaintiff is entitled to file a proper motion for entry of default as to Defendant AA-1 Septic Construction, Inc. pursuant to Federal Rule of Civil Procedure 55(a), followed by a motion for default judgment, if appropriate.

In light of the foregoing, the case management conference, set for August 27, 2010 at 1:30 p.m. is HEREBY VACATED.

**IT IS SO ORDERED.**

Dated: August 24, 2010

                                                JEFFREY S. WHITE<br>                                                UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SURETEC INS.CO.,

        Plaintiff,

  v.

A-1 SEPTIC CONSTRUCTION et al,

        Defendant.

Case Number: CV09-06095 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 24, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

A1 Septic Construction, Inc.
24875 Palomares Road
Castro Valley, CA 94552

Robert D. Piddock
24875 Palomares Road
Castro Valley, CA 94552

Carole J. Piddock
24875 Palomares Road
Castro Valley, CA 94552

Dated: August 24, 2010

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk