SEDGWICK, DETERT, MORAN & ARNOLD LLP
JAMES P. DIWIK (Bar No. 164016)
JOEL M. LONG (Bar No. 226061)
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, California 94105
Telephone: (415) 781-7900
Facsimile: (415) 781-2635

Attorneys for Plaintiff
SureTec Insurance Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SURETEC INSURANCE COMPANY, a Texas corporation,<br><br>Plaintiff,<br><br>v.<br><br>A-1 SEPTIC CONSTRUCTION, INC., a California corporation; ROBERT D. PIDDOCK, a California resident; CAROLE J. PIDDOCK, a California resident,<br><br>Defendants. | CASE NO. 3:09-cv-06095-JSW<br><br>**NOTICE OF DISMISSAL WITHOUT PREJUDICE** |

    Plaintiff SureTec Insurance Company, pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, dismisses defendants A-1 Septic Construction, Inc., Robert D. Piddock and Carole J. Piddock without prejudice.

    Although the defendants previously filed an answer to SureTec's complaint (Document No. 5 on the Court's docket), the defendants' counsel withdrew by order dated July 6, 2010 (Document No. 35), and the defendants have been unrepresented since. Thus, A-1 Septic has been and remains an unrepresented corporate party.

    On October 12, 2010, Robert and Carole Piddock filed a Chapter 7 bankruptcy petition in the United States Bankruptcy Court for the Northern District of California. This proceeding is captioned *In re Piddock*, Case No. 10-71742. It has been designated as a "no asset" case, and the bankruptcy court's online case summary states the status of the case as "awaiting discharge."

In light of the information regarding the defendants outlined above, dismissal without prejudice under Rule (a)(1)(A) is appropriate.

DATED: December 30, 2010     SEDGWICK, DETERT, MORAN & ARNOLD LLP

By: /s/ Joel M. Long
    Joel M. Long
    Attorneys for Plaintiff
    SureTec Insurance Company

SF/1916648v1                                    -2-

# PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Sedgwick, Detert, Moran & Arnold LLP, One Market Plaza, Steuart Tower, 8th Floor, San Francisco, CA 94105-1008. On December 30, 2010, I served the within document(s):

**NOTICE OF DISMISSAL WITHOUT PREJUDICE**

☐ FACSIMILE - by transmitting via facsimile the document(s) listed above to the fax number(s) set forth on the attached Telecommunications Cover Page(s) on this date before 5:00 p.m.

☒ MAIL - by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below.

☐ PERSONAL SERVICE - by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐ OVERNIGHT COURIER - by placing the document(s) listed above in a sealed envelope with shipping prepaid, and depositing in a collection box for next day delivery to the person(s) at the address(es) set forth below via [delivery method]

**A-1 Septic Construction, Inc.**
**24875 Palomores Road**
**Castro Valley, CA 94552**

**Robert Piddock**
**Carole Piddock**
**24875 Palomores Road**
**Castro Valley, CA 94552**

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on December 30, 2010, at San Francisco, California.

*Sherry Longley*
Sherry Longley